■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAULA JOHNSON, Appellant. [648 NYS2d 1023] —Appeals by the defendant from (1) a judgment of the Supreme Court, Richmond County (Felig, J.), rendered August 18, 1995, convicting her of attempted criminal sale of a controlled substance in the third degree under Indictment No. 254/95, upon her plea of guilty, and imposing sentence, and (2) an amended judgment of the same court, also rendered August 18, 1995, revoking a sentence of probation previously imposed by the same court, upon a finding that she had violated a condition thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of attempted criminal sale of a controlled substance in the third degree under Indictment No. 139/93.

Ordered that the judgment and amended judgment are affirmed.

We have reviewed the record and agree with the defendant's

assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.